UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

VU LOC NGUYEN,

        Petitioner,                         Case No. 1:26-cv-1406

v.                                   Honorable Paul L. Maloney

MICHAEL FARMER et al.,

        Respondents.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as **MOOT**.


Dated:   June 12, 2026                   /s/ Hala Y. Jarbou
                                           HALA Y. JARBOU
                                         For the Honorable Paul L. Maloney
                                         United States District Judge